**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT**

**PRO SE PRISONER CIVIL RIGHTS COMPLAINT**

CASE NO. 3:17cv1884(VAB)

**PLAINTIFF(S)** [Write the name(s) of the person(s) complaining]

_Alejandro Velez #225611_

2017 NOV 9 PM 2 02
U.S. DISTRICT COURT
FILED

VS.

**DEFENDANT(S)** [Write the name(s) of the person(s) you are suing.    If you do not know a name, write "John Doe" or "Jane Doe."    Include the defendant's rank or title if you know it.]

_Lieutenant     Harris_ =Official and Individual Capacity

_Correctional Officer Rivard_ =Official and Individual Capacity

_Correctional Officer Berloni_ =Official and Individual Capacity

_Correctional Officer Field_ =Official & Individual Capacity

_Correctional Officer Pacileo_ =Official & Individual Capacity

_Correctional Officer Bouwer_ =Official & Individual Capacity

Complete every section and **SIGN THE LAST PAGE.**

_Revised 3/16/16_

Corrigan Corr. Inst.
986 Norwich New London Tpke
Uncasville, CT. 06382

## A. JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim.   There are two possibilities.   Check one.

I can bring my complaint in federal court because I am suing:

1. _____✓_____ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR/*and 28 U.S.C Section 1331 & 1343. The Court also has supplemental jurisdiction over the state claims for assault and battery and common Law.*

2. _____ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

## B. PLAINTIFF (THE PERSON FILING THIS COMPLAINT)

If there is more than one plaintiff, attach additional pages.   Provide items a, b, and c for each plaintiff.

1. First Plaintiff
   a. Full Name: *Alejandro Velez*

   b. Inmate Number: *225611*

   c. Correctional facility: *Cheshire Corr. Inst.*
      *900 Highland Ave*
      *Cheshire, CT. 06410*

2. Second Plaintiff
   a. Full Name:

   b. Inmate Number:

   c. Correctional facility:

## C. DEFENDANT (THE PERSON WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

If you are suing more than one person, attach additional pages.   Provide items a, b, and c for each defendant.

1. First Defendant
   a. Full Name: *Harris*

*Revised 3/16/16*

    b.   Rank or Title: *Lieutenant*

    c.   Workplace: *CCI - 986 Norwich New London TPKE Uncasville, CT. 06382*

2.  Second Defendant
    a.   Full Name: *Rivard*

    b.   Rank or Title: *Correctional Officer*

    c.   Workplace: *CCI - 986 Norwich New London TPKE Uncasville, CT. 06382*

3.  Third Defendant
    a.   Full Name: *Berloni*

    b.   Rank or Title: *Correctional Officer*

    c.   Workplace: *CCI - 986 Norwich New London TPKE Uncasville, CT. 06382*

4.  Fourth Defendant
    a.   Full Name: *Field*

    b.   Rank or Title: *Correctional Officer*

    c.   Workplace: *CCI - 986 Norwich New London TPKE Uncasville, CT. 06382*

5.  Fifth Defendant
    a.   Full Name: *Pacileo*

    b.   Rank or Title: *Correctional Officer*

    c.   Workplace: *CCI - 986 Norwich New London TPKE Uncasville, CT. 06382*

6.  Sixth Defendant
    a.   Full Name: *Bouwer*

    b.   Rank or Title: *Correctional Officer*

    c.   Workplace: *CCI - 986 Norwich New London TPKE Uncasville, CT. 06382*

## D. REASON FOR COMPLAINT

**WARNING:   Contact Inmate Legal Aid Program.   Common mistakes can get your case dismissed as frivolous or for failure to state a good legal claim.**   If this happens, you will still have to pay the filing fee, even if you are proceeding in forma
*Revised 3/16/16*

pauperis.   To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Aid Program before you file.

1. Failure to use the prison grievance process before suing.   If you have not followed all the steps in the grievance process before you come to court, the defendants may ask the Court to dismiss your claims for "failure to exhaust administrative remedies."

2. Complaining about incidents that happened a long time ago:   If you are suing about events that happened more than three years ago, the defendants may ask the Court to dismiss your case under the "statute of limitations."

3. Suing people who were not personally involved:   You can generally only sue defendants who were directly involved in harming you.   In order to sue a supervisor, you must usually show that the supervisor knew about the actions of other defendants and failed to stop them.

4. Suing defendants who have immunity to suit for money damages:   You generally cannot sue the following people and entities for money damages:   the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process).   If you think you have a claim for money damages against such people or entities, check with Inmate Legal Aid Program first.   If you name defendants who are immune to suit from money damages and your suit is dismissed on that basis, you will lose your filing fee.

5. Complaining about a criminal conviction or prison disciplinary proceeding that resulted in loss of good time credits or other change to your time in prison.   If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.   See *Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

Please note that this is not a complete list of the problems you might encounter with your case.   The Court cannot give you legal advice and will not appoint a lawyer for you until it is clear that you have a good legal claim.   Until then, your best strategy is to call the Inmate Legal Aid Program before you file a complaint.   If Inmate Legal Aid Program says you do not have a good case, you should consider that advice very seriously.

Now you need to explain how your federal rights were violated (remember that not every violation of state law or prison regulations amounts to a violation of federal law).   What you need to tell the Court is who did what, when they did it, and how you were harmed.

*Revised 3/16/16*

4

You do not need to cite to the Constitution, any statutes, or any cases.  However, it is important to be specific about dates, times, and the names of the people involved.   It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift.   If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe2, and so on.

Here is an example of the proper way to describe your claims:

Example of Statement of Case
1. On April 12, 2015, I fell and injured my foot during a basketball game with other prisoners.
2. After the game, I asked Defendant CO Brian Smith to let me see the nurse.   Defendant CO Brian Smith told me that I could not see the nurse because it was not an emergency.
3. During the afternoon, my foot became swollen and very painful.
4. At about 5 p.m., in the presence of my cellmate Bill Bloggs, I told Defendant Lieutenant Jane Doe, who was the shift supervisor, that I needed a doctor and showed her my swollen foot.
5. Defendant Lieutenant Jane Doe brought me two Tylenol and told me that I could not see the nurse until sick call the next morning.
6. The next day, I could not get out of bed because my foot was so swollen and painful. I had to go to hospital and have an operation to fix my foot.
7. I had to take pain medication for two months after the operation and have needed a walking stick for support since that time.
Now describe your claims.

Statement of Case
1.

*Please See Attached Pages*

2.

3.

4.

*Revised 3/16/16*

5

5.

6.

7.

8.

9.

10.

If you need more space, attach additional pages, but be as brief as possible.

**E.     REQUEST FOR RELIEF**

Tell the court what kind of relief you want.   **Remember**: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits.   For any of these, you must request a Writ of Habeas Corpus.

*Please see*
*Attached*
*Pages*

*Revised 3/16/16*

6

## Statement of Case

1. At all times relevent to this complaint each Defendant acted under color of state and federal law.

2. On 2-27-16, at approximately 5:50 am at Corrigan C.I., Unit F-Cell 214 plaintiff was supposed to be escorted to R.H.U pending Adjudication of a class A disciplinary report for indecent exposure.

3. plaintiff seen Defendants Harris, Rivard, Berloni, Field, Pacileo, and Brouwer at his cell door.

4. Defendant Pacileo had a hand-held camera and who at all times was in charge of recording the incident from beginning to end.

5. Prior to, plaintiff leaving his cell he verbally told L.T. Harris that he did not intentionally expose himself to the officer, that he was using the bathroom.

6. L.T. Harris said your going to seg no matter what one way or the other.

7. Plaintiff was still trying to talk to L.T Harris about the situation but while he was talking L.T. Harris told block officer to open plaintiff cell.

8. Plaintiff was surprised that his cell door opened up so he backed up a little.

9. Once the cell door opened up Defendant Harris did not say anything she just reached her hand in the cell and sprayed plaintiff with mace in the facial area.

10. Once Defendant Harris sprayed plaintiff in face plaintiff hands Immediately went to his face.

11. Defendants Rivard, Berloni, Field came into cell and threw plaintiff against the wall.

12. Defendant Rivard started punching me in the face, neck, body area with wanton force.

13. Defendant Rivard said to plaintiff "you want to show your dick to a female officer, you fucking pervert"

14. At about the same time Defendant Pacileo joined in the assault and was also punching and kneeing me with wanton force.

15. Defendants Rivard and Pacileo kept saying stop resisting, stop resisting which plaintiff was not.

16. Defendants Rivard, Pacileo, Field and Berloni had complete control of plaintiffs arms but still refused to handcuff him behind his back.

17. Defendant Rivard is continuing to brutally assault me by not only punching me in the face, head, neck, stomach, ribs and penis but now is kneeing me with wanton force by stricking me with forceful knee strikes when I am not resisting.

18. Defendant Pacileo is also assaulting plaintiff.

19. plaintiff was not resisting, assaultive or being combative at any time.

20. All Defendants kept making it look like I was resisting which I was not so they could continue to beat on me.

21. Defendant Harris sees what is being done to me and refuses to stop the assault.

## Statement of Case Continued

22. Defendants Rivard, Pacileo, Field and Berloni then throw me on the floor.

23. Defendants Rivard and Pacileo continue to maliciously and sadiscally assault me while I am on the ground.

24. Defendant Harris enters the cell and says stop resisting, stop resisting which I am not and sprayes me point blank range in the face with mace for the second time.

25. Defendants continue to pull me this way and that way to make it look like I am resisting.

26. Defendants had complete control of all my limbs while I was on the ground.

27. Defendants finally decide to handcuff me behind my back and stand me up.

28. As plaintiff struggles to see due to the mace affecting his vision he notices a different officer holding the hand-held camera.

29. Officer who is now in charge of recording is officer Brouwer who is also a Defendant in this complaint.

30. While escorting plaintiff to R.H.U Defendants Pacileo and Berloni are turning and twisting the handcuffs and they are digging into my wrists causing me pain.

31. Plaintiff is in pain but says nothing due to being afraid that Defendants might beat on him again in front of CT. Harris and camera operator like before.

32. plaintiff is decontaminated and put in a cell.

33. Defendant Harris who was the supervisor in charge witnessed the assault and the use of excessive force and did nothing to stop the beating.

34. Defendant Brouwer who also witnessed the assault and also who was now recording the incident on hand-held camera failed to stop the beating I received.

35. Correctional Nurse Allen Wood seen plaintiff for decontamination process but refused to treat leg injury.

36. Due to Defendants assault on plaintiff especially officer Rivard and officer Pacileo using excessive force on me and assaulting me I suffed and/or still am suffering from the following injuries.

37. My face had bruising and swelling from the blows I received

38. I received neck pains.

39. Extreme pain to both sides of my ribs.

40. I received Lower back pains and continue to suffer from it.

41. I received minor nerve damage to both my wrist.

42. I received a big gash on my right shin that had to be dressed every day for over a month and to this day has not healed properly.

43. I also suffered and still am suffering from mental, physical, and emotional anguish from the brutal assault I received in front of the camera operator and CT. Harris.

## Statement of Case Continued

44. On 2-29-16 I wrote a request to medical about me being beat up and about the gash on my leg.

45. Between 2-29-16 and 3-8-16 I tried to talk to everybody who would listen that my leg really hurts and that I need to see medical and all my pleas fell on deaf ears and/or have been ignored.

46. On 3-8-16 I kept pleading with Officer Bailey who was the officer walking in R.H.U about my leg and I showed it to him and he said he is gonna see what he could do.

47. Later that afternoon Nurse Malissa comes and sees me about my leg and says it looks very bad and cleaned it and put a dressing on it and tells me that she is going to call the Doctor about getting me some antibiotics and then she leaves.

48. On 3-8-16 Nurse Malissa comes back takes my temperature and gives me some antibiotics and tells me that they are going to do a dressing change every day till it heals.

49. On or Between 3-2-16 to 5-10-16 I wrote several letters and request forms to Warden Santiago & Deputy Warden Martin about me being assaulted by several officers and all of them except one request was answered by D.W Martin.

50. On 3-23-16 I went to medical at Corrigan C.I and was seen by the Medical Doctor and she sees the gash in my leg and puts me back on antibiotics and orders for my leg to get on x-Ray.

51. On 3-24-16 I was taken to get an x-Ray of my right shin.

52. On 3-24-16 I filed an Administrative Remedy about me being assaulted by the officers and on 3-31-16 Warden Santiago answered the grievance with the disposition of "Compromised" and he also checked the box saying that I have exhausted D.O.C Administrative Remedies.

53. Exhibits = A, Copies of request forms written to Warden Santiago and Deputy Warden Martin; B, Administrative Remedy; C, Medical incident reports, patient encounter/Nurse sick call & Prescriber orders.

## Statement of Claim Continued

53.  D. physician's Orders & Clinical Record ~~[redacted]~~ ' E,
     Copies of request forms to medical & patient encounter/nurse
     sick call. ~~[redacted]~~

## E. Request for Relief

### First Claim For Relief

(Excessive Force against Correction Officers, Rivard,
Pacileo, Berloni & Field in their individual capacities)

54. plaintiff realleges and incorporates by reference each and every
    allegation in paragraphs 1-53.

55. The force used by Officers Rivard, Pacileo, Berloni and Field
    against Alejandro Velez was unreasonable, unnecessary and
    excessive.

56. The Defendants subjected Alejandro Velez to pain, and
    physical and mental injury, in violation of Mr. Velez's rights
    under the fourth, eight, and fourteenth Amendments to the U.S.
    Constitution.

### Second Claim For Relief

(Excessive Force, Supervisory Liability against Lieutenant
Harris in her individual capacity)

57. plaintiff realleges and incorporates by reference each and
    every allegation in paragraphs 1-55.

58. Defendant Harris was deliberately indifferent in supervising
    her subordinates who used excessive force against Alejandro
    Velez.

59. The Acts and omissions of defendant Harris proximately caused
    Alejandro Velez's suffering and injuries.

60. By her acts and failures to act, defendant Harris subjected
    Alejandro Velez to pain and physical and mental injury, in
    violation of Mr. Velez's rights, under the fourth, eight, and
    fourteenth Amendment to the United States Constitution.

### Third Claim For Relief

(Deliberate Indifference to safety — Failure to protect - against
defendants Harris, Rivard, Berloni, Field, Pacileo and Bouwer in
their individual capacity)

61. Plaintiff realleges and incorporates by reference each and every
    allegation in paragraphs 1-53.

E. Request For Relief Continued

62. Each of the defendants, knew that the other defendants, and each of them, were using, or were threatening to use, excessive force against Alejandro Velez.

63. Each defendant could have taken action to stop the threat and the use of excessive force but refused or failed to do so.

64. Each defendant failed to protect Mr. Velez in violation of Mr. Velez's rights under the Fourth, Eight, and Fourteenth Amendments to the United States Constitution.

## Fourth Claim For Relief

(State Common Law Assault and Battery against Harris, Rivard, Berloni, Field and Pacileo in their Individual Capacities)

65. Plaintiff realleges and incorporates by reference each and every allegation in paragraphs 1-53.

66. The defendants intended to cause harmful and offensive contact with Alejandro Velez.

67. The defendants intended to cause an imminent apprehension of harmful and offensive contact.

68. Harmful contact with Alejandro Velez resulted.

69. The defendants recklessly disregarded the consequences of their actions.

## Fifth Claim For Relief

(Intentional Infliction of Emotional Distress against Harris, Rivard, Berloni, Field and Pacileo in their individual Capacities)

70. Plaintiff realleges and incorporates by reference each and every allegation in paragraphs 1-53.

71. The defendants intended to inflict emotional distress on Mr. Velez or knew or should have known that emotional distress was likely the result of their conduct.

72. The defendants conduct was extreme.

73. The defendants conduct was the cause of Mr. Velez's emotional distress.

74. The emotional distress sustained by Mr. Velez was severe.

E. _Request For Relief Continued_

_Prayer For Relief_

Wherefore plaintiff Alejandro Velez prays for relief as follows:

1. Compensatory damages according to proof;
2. Punitive damages;
3. Plaintiff's cost in suit;
4. Such further relief as the court deems just and proper.

Respectfully Submitted, Alejandro Velez
November 6, 2017
Cheshire Corr. Inst.
900 Highland Ave
Cheshire, CT. 06410

_VERIFICATION_

I have read the foregoing complaint and hereby verify that the matters alleged therein are true and correct to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as 5 years in prison and/or a fine of $250,000.

Executed at Cheshire CT
on November 6, 2017.

Signed: Alejandro Velez
Pro Se Plaintiff

F.    DO YOU WISH TO HAVE A JURY TRIAL?    YES __✓__ NO _____

G.    DECLARATION UNDER PENALTY OF PERJURY

Warning: You must sign this or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge.   I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000.   See 18 U.S.C. Sections 1621, 3571.

Signature: _Alejandro Veleg_

Signed at _Cheshire C.I._ on _11-6-17_

                         (Location)                         (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it.   **The complaint cannot be filed without a signature from each plaintiff.**

H.    FINAL INSTRUCTIONS

WARNING: Your complaint will not be filed unless you complete each of these steps:

        1.        Answer all questions on the complaint form.

        2.        Sign the Declaration under Penalty of Perjury on p. 8

Remember, the Clerk cannot file your complaint unless you take all of the steps above.

*Revised 3/16/16*



Exhibit-A

**Inmate Request Form**
**Connecticut Department of Correction**

CN 9601
REV 1/31/09

G 118

Inmate name: Alejandro Velez

Inmate number: 225611

Facility/Unit: Corrigan CI        Housing unit: RHU-1 Cell     Date: 3-14-16

Submitted to: Deputy Warden Martin

Request: I spoke to you on Friday when you did your tour and you had said to me that You yourself reviewed the video of the incident that took place with me. I would please like to know "What were the findings to that video review?" I would also like to know "What was the reason the camera C/o gave you as to why did he not start recording from the beginning when my cell door opened?" Please let me know these two questions when you get a chance.

Thank You: Alejandro Velez #225611
RHU-1 Cell.

continue on back if necessary

Previous action taken:

RECEIVED
MAR 15 2016
DEPUTY WARDEN OF OPERATIONS
CORRIG'N-RADOWSKI C.C.

continue on back if necessary

Acted on by (print name): MARTIN, R        Title: D/W

Action taken and/or response:

MR. VELOZ,

THE INCIDENT THAT YOU WERE INVOLVED IN IS CURRENTLY UNDER INVESTIGATION OUTSIDE OF THE FACILITY.

continue on back if necessary

Staff signature:        Date: 3/16/16






## Inmate Request Form    *Exhibit-A*
### Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: *Alejandro Velez*          Inmate number: *225611*

Facility/Unit: *Corrigan C.I.*   Housing unit: *G-118*   Date: *4-10-16*

Submitted to: *Warden Santiago*

Request: *Warden Santiago, I am writing to you about me being assaulted by several of your officers on 2-27-16. I was told by Deputy Warden Martin that there is an outside investigation going on about this incident. All I would like to know if there was an In house investigation done here at Corrigan CI? And by who? Please let me know this. I really need to know.*

*Thank You. A. Velez #225611*
*G-118*

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

Acted on by (print name):          Title:

Action taken and/or response:

**continue on back if necessary**

Staff signature:          Date:



**Inmate Request Form** *Exhibit A*
**Connecticut Department of Correction**

CN 9601
REV 1/31/09

Inmate name: Alejandro Velez

Inmate number: 225611

Facility/Unit: Corrigan C.I.

Housing unit: G-118

Date: 5-10-16

Submitted to: D.W. Martin

Request:

I would please like to know what was the outcome of the Investigation about the assault that your offices did to me back on February 27 of this year?"

Thank you. A. Velez #225611
G-118

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:

Date:

Exhibit B

| **CONFIDENTIAL** (FOR OFFICIAL USE ONLY) | Inmate name: Alejandro Velez |
| :-- | :-- |
| | Inmate number: 225611    Housing: G-118 |

| **SECTION 4** | STATE THE PROBLEM AND REQUESTED RESOLUTION |
| :-- | :-- |

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. Inmate Request form is not attached because Inmate Velez wrote a letter to Warden Santiago on 3-2-16 & on 3-9-16 Inmate Velez wrote another letter to D.W Martin and on 3-14-16 Inmate Velez wrote another request to D.W Martin and to this date all of my letters and request have been ignored.

1) On 2-27-16, I was Forcibly removed from my cell by two unknown C/os
2) While they were removing me both C/Os were assaulting me with force.
3) Both C/os did this in front of LT. Harris and the officer who was supposed to be filming the incident on hand-held camera.
4) The Officer with the camera did not start the camera from the beginning like he was supposed to.
5) He (The camera c/o) started the camera after the assault took place
6) As a result of the assault I suffered a big gash to my right leg that to this day it is still being treated by medical staff
7) I also suffer from neck and back pain
8) I would please like for this incident to be investigated by top D.O.C officials and all parties involved disciplined for assaulting me and the others disciplined for not stopping the assault.

Inmate signature: Alejandro Velez    Date: 3-24-16

**For all remedies except health services, deposit this form in the Administrative Remedies box.**
**For a health services issue, deposit this form in the Health Services box.**

| **SECTION 5** | DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW |
| :-- | :-- |

| Date Received: 3/28/16 | IGP #: 140-16-082 AR | T#: |
| :-- | :-- | :-- |

| Disposition: Compromised | Date of Disposition: 3/31/16 |
| :-- | :-- |

Reason:

This incident is currently under investigation.

☑ You have exhausted DOC's Administrative Remedies.    ☐ This matter may be appealed to:

Signature: [signature]    Date: 8/31/16



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 8/22/13

| Facility/Unit: *Corrigan CI* | Date: *3-24-16* |
|---|---|

| Inmate name: *Alejandro Velez* | Inmate number: *225611* |
|---|---|

| **SECTION 1** | **SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.** |
|---|---|

Follow the instructions *(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** ☒ **I am filing a Grievance.**
Prior to filing a grievance, you must attempt informal resolution. Attach a copy of CN 9601, Inmate Request Form with the staff member's response <u>OR</u> state in Section 4 the reason why the form is not attached. Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.          >    Refer to Section 2 below

**B.** ☐ **I am requesting a Health Services Review:**      ☐ Diagnosis/Treatment      >    Complete Section 4    >>>>
☐ All Other Health Care issues    > .

**C.** ☐ **I am filing an Appeal of a (select one below):**
Appeals must be filed within 15 days of notification of a decision.
☐ Disciplinary Action          >    Complete Section 3 below
☐ Special Management Decision      ☐ Classification Decision
☐ Media Review Committee Decision    ☐ Furlough Decision        >
☐ Security Risk Group Designation    ☐ ADA Decision          >    Complete Section 4    >>>>
☐ Determination of Grievance Process Abuse    ☐ Rejection of Outside Tapes/CDs  >
☐ Determination of Retroactive RREC Credits    ☐ Rejection of Correspondence

| **SECTION 2** | **OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE** |
|---|---|

Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side. >>>

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

| **SECTION 3** | **DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal <u>ONLY</u>** |
|---|---|

You may file a Disciplinary Appeal <u>ONLY</u> if you have pleaded not guilty and have been found guilty at a disciplinary hearing. If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|

| Facility where hearing was conducted: | Date of hearing: |
|---|---|

| Did you have an advocate?  ☐ yes  ☐ no | If yes, name of advocate: |
|---|---|

| Did you identify witness(es) to the investigator?  ☐ yes  ☐ no | Did your witness(es) testify?  ☐ yes  ☐ no |
|---|---|

Name(s) of any witness(es):


Exhibit C

# Medical Incident Report
## Connecticut Department of Correction

CN 6602
REV 7/20/15

| Facility/Unit: Corrigan | Report date: 3/8/16 | Time: 1300 | ☐ am ☑ pm |
|---|---|---|---|

| Name of patient: Velez, Alejandro | Inmate number (if applicable): 225611 |
|---|---|

Medical staff name: Melissa Brown

| Incident report submitted: ☐ yes ☐ no | Report number: | Date: |
|---|---|---|

Treatment location: RHU

**Injury description:** I/M seen for c/o pain to laceration on RLE

**Assessment:** Irregularly shaped laceration on right shin. Center of wound bed has blackened eschar. Area surrounding wound with erythema, moderate amount of swelling present, and slightly warmer to the touch. I/M is afebrile.

**Treatment administered:** Area cleansed with normal saline and DSD applied.
Antibiotics ordered by APRN L'Heureux and first dose given.

**Required follow-up:** With medical as ordered by provider.

**Observations/remarks:** None

**Chemical agent review prior to planned use of force:**
The offender's health record was reviewed prior to planned use of force. There were no contraindications noted regarding or precluding the use of chemical agents (i.e. history of cardiac or respiratory condition, eye condition under active treatment, or documented prior severe and unexpected reaction to chemical agents).
Known contraindications based on review of health record? ☐ yes ☐ no

**Placement after treatment:**
☐ Inmate is cleared for General Population Placement     ☑ Inmate is cleared for Restrictive Housing Placement
☐ Inmate is not cleared for Restrictive Housing Placement     ☐ Other (specify):

| Patient signature: Unable secondary to status | Date: 3/8/16 |
|---|---|
| Medical staff signature: | Date: 3/8/16 |
| Custody supervisor signature: | Date: |

*Exhibit-C*

| MUSCULOSKELETAL ☑ N/A | GENITOURINARY ☑ N/A |
|---|---|
| UPPER EXTREMITITES : EQUAL STRENGTH BILATERALLY ☐ Y ☐ N | BLADDER: ☐ CONTINENT ☐ INCONTINENT ☐ FREQUENCY ☐ URGENCY |
| IF NO EXPLAIN:_____ | ☐ PAIN ☐ ODOR ☐ BURNING ☐ RETENTION ☐ HESITANCY |
| LOWER EXTREMITITES : EQUAL STRENGTH BILATERALLY ☐ Y ☐ N | ☐ HEMATURIA ☐ URINE: COLOR_____ ☐ CLOUDY |
| IF NO EXPLAIN:_____ | OUTPUT: VOIDS ____X/DAY OR ____cc ☐ NOCTURIA X____ |
| ☐ LOSS OF ROM ☐ PARALYSIS ☐ HEMIPARESIS : L OR R (CIRCLE) | ☐ PENILE/VAG DISCHARGE:_____ ☐ OTHER_____ |
| ☐ CONTRACTURE(S):_____ ☐ STIFFNESS:_____ | CATHETER SIZE ___F___cc LAST CHANGED:_____(DATE) |
| ☐ DISCOLORATION:_____ ☐ SWELLING:_____ | GYN: LMP:_____ ☐ VAG.BLEEDING:_____DESCRIBE |
| ☐ JOINT WARMTH ☐ TENDERNESS ☐ FLANK PAIN (DO URINE DIP) | COMMENTS: |
| ☐ DEFORMITY:_____ ☐ JOINT DISPLACEMENT:_____ | |
| HX OF AMPUTATION:_____ | |
| ABILITY TO AMBULATE: ☐ CANE ☐ WALKER ☐ CRUTCHES | |
| ☐ WHEELCHAIR BOUND | |
| DEVICES: ☐ ORTHOTIC ☐ PROSTHETIC ☐ BRACE ☐ SPLINT | |

| EYES & EARS ☑ N/A | NOSE / MOUTH / THROAT ☑ N/A |
|---|---|
| EYES: SCLERA: ☐ WHITE ☐ YELLOW ☐ HEMORRAHGE ☐ OTHER_____ | NOSE: ☐ NASAL BONE MALALIGNED/DISPLACED ☐ BLEEDING |
| CONJUNCTIVA: ☐ DRY ☐ RED/IRRITATED | ☐ NARES PATENT ☐ OBSTRUCTED NARE L / R (CIRCLE) |
| ☐ DRAINAGE (DESCRIBE)_____ | ☐ MUCUS MEMBRANES DRY |
| EARS: ☐ PAIN ☐ DRAINAGE (DESCRIBE)_____ | TEETH: ☐ NATURAL ☐ PARTIAL PLATE ☐ DENTURES UPPER/LOWER (CIRCLE) |
| ☐ TYMPANE EXAMINED (FINDINGS):_____ | ☐ MISSING ☐ CARIES |
| ☐ HEARING AIDS L / R | GUMS: ☐ PINK ☐ INFLAMED ☐ BLEEDING ☐ SORES/LESIONS/PLAQUES |
| ☐ HISTORY OF FREQUENT INFECTIONS OR TUBE PLACEMENT | THROAT: ☐ TENDERNESS ON EXTERNAL PALPATION ☐ REDNESS |
| COMMENTS:_____ | ☐ TONSILLAR EXUDATE (DESCRIBE):_____ |
| | ☐ PRESENCE OF LESIONS/PLAQUES/DISCOLORATION:_____ |

| PSYCHOSOCIAL ☐ N/A | EDUCATION |
|---|---|
| ☐ DOES NOT MAINTAIN EYE CONTACT ☐ UNCOOPERATIVE | ☐ REVIEWED MEDICATION/TREATMENT PLAN(S) WITH PATIENT |
| MOOD: ☐ ANGRY ☐ ELATED ☐ DEPRESSED | ☐ EDUCATIONAL MATERIALS PROVIDED |
| AFFECT: ☐ CONGRUOUS ☐ INCONGRUOUS | ☐ TEACHING COMPLETED:_____ |
| ☐ EXPERIENCING HALLUCINATIONS (CIRCLE) AUDITORY  VISUAL  TACTILE | ☐ VERBALIZES UNDERSTANDING ☐ REQUIRES F/U EDUCATION |
| ☐ VERBALIZING THOUGHTS OF HARMING SELF/OTHERS* | ☐ RETURN DEMONSTRATION BY PATIENT |
| *NOTIFY SUPERVISOR/ON-CALL PSYCHIATRY IMMEDIATELY | ☐ ADVISED TO RETURN TO CLINIC WITH ANY QUESTIONS/CONCERNS |
| NARRATIVE NOTES: | |

Seen in RTU @ request of officers for c/o pain to (R)LE - 11m states
he received laceration on (R)LE during call extraction on 2/27/16 - currently
RLE appears c ⊕ moderately sized abrasion/laceration - wound bed c
black eschar and surrounding tissue reddened/edematous/warm to touch -∅ drainage

| (A) ASSESSMENT / (E) EVALUATION | | |
|---|---|---|
| ☐ PAIN (CIRCLE) ACUTE / CHRONIC | ☐ INEFFECTIVE BREATHING PATTERN | ☐ INEFFECTIVE COPING |
| ☑ IMPAIRED SKIN INTEGRITY | ☐ AIRWAY CLEARANCE INEFFECTIVE | ☐ (CIRCLE) HOPELESSNESS/POWERLESSNESS |
| ☐ ALTERED MENTAL STATUS | ☐ IMPAIRED GAS EXCHANGE | ☐ SELF CARE DEFICIT |
| ☐ MEMORY IMPAIRED | ☐ IMPAIRED TISSUE INTEGRITY | ☐ INEFFECT. THERAPEUTIC REGIMEN MANAGE. |
| ☐ CONFUSION : (CIRCLE) ACUTE/CHRONIC | ☐ IMPAIRED (CIRCLE) URINARY / BOWEL ELIMIN. | ☐ INFECTION (RISK FOR) |
| ☐ INEFFECTIVE TISSUE PERFUSION | ☐ IMPAIRED PHYSICAL MOBILITY | ☐ KNOWLEDGE DEFICIT (S) |
| ☐ CARDIAC OUTPUT DECREASED | ☐ IMPAIRED DENTITION | ☐ OTHER:_____ |
| ☐ FLUID VOLUME (CIRCLE) : EXCESS/DEFICIT | | |

| (P) PLAN |
|---|
| ☐ UNABLE TO COMPLETE EVALUATION AT PRESENT LOCATION ADVISED PATIENT/OFFICER TO REPORT TO MEDICAL UNIT IMMEDIATELY |
| ☑ NURSING PROTOCOL IMPLEMENTED (INDICATE WHICH PROTOCOL(S): A311 |
| ☑ IMMEDIATE ACTION REQUIRED: |
| ON- CALL MD NOTIFIED : (NAME OF MD) C. L'Heureux   TIME OF NOTIFICATION: 1300 |
| ☐ SCHEDULED TO SEE MD URGENTLY  WITHIN 8 HOURS   ☐ SCHEDULED TO SEE MD WITHIN 72 HOURS |
| ☐ PLACED ON MD SICK CALL LIST  (FOR ROUTINE SICK CALL FOLLOW UP) |
| ☐ ADVISED TO RETURN TO NURSE SICK CALL WITHIN ____24__ (CIRCLE) HOURS/DAYS/WEEKS  APPT SLIP/PASS GIVEN:  ☐ Y  ☐ N |
| ☐ CARE COORDINATION: ☐ COMMUNICATION SENT TO (CIRCLE) MD / NURSING SUPERVISOR / H.S.A. / PSYCHIATRY |
| COMMENTS: |

Abx c ordered - c/o wound √ Dsg Δ c ordered.
f/u c MD PRN

| SIGNATURE & PRINTED LAST NAME | M Brown / M Brown (CIRCLE) RN / LPN | DATE/TIME: 3/8/16 1255 AM/PM |
|---|---|---|
| COSIGNATURE & PRINTED NAME OF  RN IF NURSE IS LPN: | | DATE/TIME ___/___ AM/PM |

Exhibit C

HR401J 09/14
**CONNECTICUT DEPARTMENT OF CORRECTION**
**UNIVERSITY OF CONNECTICUT HEALTH CENTER**
**CORRECTIONAL MANAGED HEALTH CARE**

# PATIENT ENCOUNTER/NURSE SICK CALL

"S" section must be fully completed for all encounters

| INMATE NUMBER 225611 | DATE OF BIRTH 6/4/75 |
|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) Velez, Alexandro | |
| SEX (M) F | RACE/ETHNIC B W (H) O | FACILITY Corrigan |

**(S) Chief Complaint :** " My leg hurts "

HT: 5'4"  WT: 210  WT PRIOR: 214  ☑ PROBLEM LIST REVIEWED   ENCOUNTERED IN: ☑ HOUSING UNIT  ☐ MEDICAL UNIT   RHU

| Vital Signs: | Abnormal | NOTIFY PRESCRIBER IMMEDIATELY IF: | SKIN: |
|---|---|---|---|
| T: 97° | ☐ TYMP ☐ ORAL ☐ AX | T ≥101 or ≤ 97 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT | |
| P: 68 | ☑ REG ☐ STRONG | ☐ IRR ☐ WEAK ☐ THREADY ☐ BOUNDING ☐ OTHER: | P >100 OR < 60  OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| R: 18 | ☐ UNLABORED ☑ REGULAR ☐ SPUTUM   CLEAR | ☐ LABORED ☐ SHALLOW ☐ SOB | R >22 OR <14 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| BP: | ☐ STANDING ☐ SITTING ☐ LAYING | B/P ≤ 100/70 OR ≥ 180/90 ORTHOSTATIC CHANGES OR FINDINGS ARE UNUSUAL AS COMPARED TO PATIENTS BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT |
| O2 SAT: 100 ☑ R/A ☐ O2 ___ L | ≤ 90 % | PULSE OX IS ≤ 90 % |

DIAGRAM CODES: B-BURN C-CONTUSION
D – DECUBITUS E-ERYTHEMA I-INCISION
L-LACERATION P-PETECHIAE R-RASH S-SCAR T-TUBE
0-OTHER:

| Code | Location | LENGTH | WIDTH | DEPTH |
|---|---|---|---|---|
| L | RLE | irregular | | |

**PAIN LOCATION:** _____  **DURATION:** _____  **RANGE 0-10:** _____

## (O) EVALUATION/OBSERVATION SIGNS/SYMPTOMS

### NEUROLOGICAL ☑ N/A

☐ ALERT ☐ ORIENTED (CIRCLE) PERSON PLACE TIME
☐ DISORIENTED ☐ SYNCOPE ☐ HEADACHE
GRASP: RIGHT/LEFT ☐ EQUAL ☐ UNEQUAL ☐ OTHER
PUPILS: ☐ PERRLA ☐ R___mm to ___mm ☐ L___mm to___mm
IMPAIRMENT: ☐ SPEECH ☐ HEARING ☐ VISUAL
  ☐ TREMORS ☐ NUMBNESS ☐ TINGLING ☐ VERTIGO/ATAXIA
  ☐ FALLS (EXPLAIN) _____
    ☐ BALANCE WNL ☐ UNSTEADY GAIT
  ☐ WEAKNESS (DESCRIBE) _____
  ☐ CHANGE IN ADL (EXPLAIN) _____
HX OF SEIZURES/STROKE/CVA/TIA: ☐ Y (DATE OF LAST) _____

### RESPIRATORY ☑ N/A

☐ COUGH ☐ PRODUCTIVE ☐ NON PRODUCTIVE
☐ HEMOPTYSIS ☐ PURULENT/+ODOR SPUTUM
☐ FREQUENCY _____ ☐AMT _____
☐ ABLE TO COUGH UP SECRETIONS
☐ DYSPNEA/SOB ☐ FATIGUED
☐ NASAL CONGESTION ☐ SINUS PAIN
☐ THROAT PAIN: _____
LUNG SOUNDS:

| LUL | LLL | RUL | RLL | RML |
|---|---|---|---|---|
| | | | | |

### CARDIOPULMONARY ☑ N/A

CHEST PAIN ☐ DENIES ☐ANGINAL ☐POSTURAL ☐ LOCALIZED
☐ SUBSTERNAL ☐ RADIATING ☐ DULL ☐ ACHING ☐ SHARP/STABBING
☐ VISELIKE ☐ OTHER: _____
ASSOCIATED WITH: ☐ SOB ☐ ACTIVITY ☐ REST
FREQUENCY/DURATION: _____
HEART SOUNDS: ☐ NORMAL ☐ REGULAR ☐ IRREGULAR
☐ ABNORMAL(EXPLAIN): _____
☐ FATIGUED ☐ EDEMA ☐ PEDAL PULSE R:_____ L:_____ ☐ FAINT
☐ PITTING +1 / +2 / +3 / +4 ☐ NONPITTING SITE: _____
☐ PACEMAKER/ICD : _____ (TYPE/DATE INSERTED)
☐ CAP REFILLS ☐ UE (CIRCLE) >3SEC / <3 SEC ☐ LE >3SEC / < 3SEC

### GASTROINTESTINAL / ABDOMINAL ☑ N/A

APPETITE ☐ GOOD ☐ FAIR ☐ POOR
WT LOSS ☐ YES ☐ NO
☐ ANOREXIA ☐ NAUSEA
☐ VOMITING ☐ DIARRHEA
☐ DIFFICULTY SWALLOWING
☐ LAST BM (DATE): _____
☐ DISTENTION ☐ GUARDING
☐ FLATULENCE ☐ INCONTINENCE
☐ BM DESCRIPTION: _____
☐ BLOOD IN STOOL
☐ WITNESSED ☐ REPORTED BY PATIENT

BOWEL SOUNDS

| Upper Right | Upper Left |
|---|---|
| Lower Right | Lower Left |

| RUQ | |
|---|---|
| RLQ | |
| LUQ | |
| LLQ | |

### ENDOCRINE ☑ N/A

Blood Sugar _____ Ranges: _____ low to _____ high
☐ HYPERGLYCEMIA : GLUCOSURIA/POLYURIA/POLYDIPSIA
☐ HYPOGLYCEMIA : SWEATS/POLYPHAGIA/WEAK/FAINT/STUPOR
REVIEW OF FOOD EATEN WITHIN PAST 2 HOURS:
_____

### INTEGUMENTARY ☐ N/A

☐ PALE ☐ FLUSHED ☐ JAUNDICE ☐ WARM ☐ COOL ☐ DRY ☐ CLAMMY
☐ RASH ☐ HIVES ☐ ITCHING ☐ PETCHIAE ☐ PUSTULES/LESIONS
☐ HAIR LOSS ☐ TAUT SKIN
☑ SKIN DIAGRAM COMPLETED ON PAGE 1 ☑ Y ☐ N
☑ WOUND CHECKLIST HR400 IN PROGRESS

HR 400 06/09 *Exhibit C*
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

| INMATE NUMBER | | | DATE OF BIRTH |
|---|---|---|---|
| 225611 | | | 6/19/18 |
| INMATE NAME (LAST, FIRST, INITIAL) | | | |
| Vdez, Alejandro | | | |
| SEX | RACE / ETHNIC | | FACILITY |
| (M)  F | B  W  (H)  O | | Corrigan |

**PRESCRIBER ORDER:** Temp ↓ Wound ✓ to Wound    **Wound Location**  RLE
Cleanse c̄ NS + DSD x 10 days or until healed

| | | | | | | |
|---|---|---|---|---|---|---|
| Date 3/8/16 | Date 3-9-16 | Date 3-10-16 | Date 3-11-16 | Date 3/14/16 | Date 3/15/16 | Date 3·16·16 |
| Time 1405 | Time 915P | Time 9:00p | Time 845PL | Time 1535 | Time 2215 | Time 0930p |
| **Vital Signs** | **Vital Signs** | **Vital Signs** | **Vital Signs** | **Vital Signs** | **Vital Signs** | **Vital Signs** |
| T 97.0 | T 98.6 | T 97.6 | T ___ | T 98.3 | T 98.1 | T |
| P 68 | P 66 | P 68 | P ___ | P ___ | P ___ | P |
| R 18 | R 16 | R 16 | R 16 | R ___ | R ___ | R |
| **Size cm / mm** | **Size cm / mm** | **Size cm / mm** | **Size cm / mm** | **Size cm / mm** | **Size cm / mm** | **Quarter Size cm / mm** |
| Length irregular | Length | Length | Length | Length APPROX | Length | Size ⊙ pnk/blk eschar in |
| Width | Width | Width | Width | Width 1.5×2.0 | Width | wound bed. |
| **Depth** | **Depth** | **Depth** | **Depth** | **Depth** | **Depth** | |
| (n/a)  other | (n/a)  other | (n/a)  other | (n/a)  other | (n/a)  other | (n/a)  other | Wound Bed |
| **Skin Temperature** (surrounding wound) | **Skin Temperature** (surrounding wound) | **Skin Temperature** (surrounding wound) | **Skin Temperature** (surrounding wound) | **Skin Temperature** (surrounding wound) | **Skin Temperature** (surrounding wound) | **Skin Temperature** (surrounding wound) |
| warm hot (normal) | warm hot normal | warm hot normal | warm hot normal | warm hot normal | warm hot normal | warm hot normal |
| **Skin Integrity** | **Skin Integrity** | **Skin Integrity** | **Skin Integrity** | **Skin Integrity** | **Skin Integrity** | **Skin Integrity** |
| open  (closed) | open  (closed) | (open)  closed | (open)  closed | open  closed | (open)  closed | open  closed |
| **Drainage** | **Drainage** | **Drainage** | **Drainage** | **Drainage** | **Drainage** | **Drainage** |
| none sm mod lg | none sm mod lg | none sm mod lg | none sm mod lg | none sm mod lg | (none) sm mod lg | add dsg not observed |
| Serosanguine | Serosanguine | (Serosanguine) | (Serosanguine) | Serosanguine | Serosanguine | Observed |
| Clear  Purulent | Clear  Purulent | Clear  Purulent | Clear  Purulent | Clear  Purulent | Clear  Purulent | Clear  Purulent shower |
| Odor  yes (no) | Odor  yes / no | Odor  yes (no) | Odor  yes (no) | Odor  yes (no) | Odor  yes (no) | Odor  yes / no |
| **Packing** | **Packing** | **Packing** | **Packing** | **Packing** | **Packing** | **Packing** |
| present / (not present) | present / (not present) | present / not present | present / (not present) | present / (not present) | present / not present | present / not present |
| removed / changed | removed / changed | removed / changed | removed / changed | removed / changed | removed / changed | removed / changed |
| **Dressing (Sterile)** tcra1kca1x | **Dressing (Sterile)** | **Dressing (Sterile)** | **Dressing (Sterile)** | **Dressing (Sterile)** | **Dressing (Sterile)** | **Dressing (Sterile)** 4×5 Island |
| 2X2 4X4 Bandaid | 2X2 4X4 Bandaid | 2X2 (4X4) Bandaid | 2X2 (4X4) Bandaid | 2X2 4X4 Bandaid | 2X2 4X4 Bandaid | 2X2 4X4 Bandaid |
| Wet → Dry | Wet → Dry | Wet → Dry | Wet → Dry | Wet → Dry | Wet → Dry | Wet → Dry |
| Special: | Special: telfa | Special: | Special: | Special: Applied | Special: applied | Special: |
| *Pain Scale 4/10 | *Pain Scale | *Pain Scale | *Pain Scale | *Pain Scale 0 | *Pain Scale 0 | *Pain Scale 0 |
| Sign MB | Sign | Sign | Sign | Sign | Sign | Sign scale |
| M. Brown | Print | Print | Print | Print SK | Print | Print included |

**\*Wong Baker Face Scale**

| 0 | 2 | 4 | 6 | 8 | 10 |
|---|---|---|---|---|---|
| NO HURT | HURTS LITTLE BIT | HURTS LITTLE MORE | HURTS EVEN MORE | HURTS WHOLE LOT | HURTS WORST |



HR 400  06/09  *Exhibit=C*
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 225611 | 6-4-1976 |

INMATE NAME (LAST, FIRST, INITIAL)
Velez  Alejandro

| SEX | RACE / ETHNIC | FACILITY |
|---|---|---|
| (M) F | B  W  (H)  O | Corrigan |

PRESCRIBER ORDER: _DSD_ _____ Wound Location _RLE_

| | Date 3·17·16 | Date 3/19/16 | Date 3-20-16 | Date 3-21-16 | Date 2/27/16 | Date | Date |
|---|---|---|---|---|---|---|---|
| | Time 850A | Time 940p | Time 6pm | Time 920pm | Time | Time | Time |
| **Vital Signs** | | | | | | | |
| T | | 98.3℃ | 97.7 | 96.8 | 97.8 | | |
| P | | | 64 | 64 | 68 | | |
| R | | | 16 | 16 | 16 | | |
| **Size cm / mm** | Length 1/m refused | SIZE C Length P | Length | Length | Length 1·0 | Length | Length |
| | Width refused | Width | Width | Width | Width 1·5 | Width | Width |
| **Depth** | n/a  other | n/a  other yellow | n/a  other | n/a  other | n/a  other 1/4 | n/a  other | n/a  other |
| **Skin Temperature** (surrounding wound) | warm  hot  normal | warm  hot  normal | warm  hot  normal | warm  hot  normal | warm  hot  normal | warm  hot  normal | warm  hot  normal |
| **Skin Integrity** | open  closed | (open)  closed | open  closed | (open)  closed | open  closed | open  closed | open  closed |
| **Drainage** | none  sm  mod  lg | none  sm  mod  lg | none  sm  mod  lg | none  sm  mod  lg | none  sm  mod  lg | none  sm  mod  lg | none  sm  mod  lg |
| | Serosanguine Clear  Purulent | Serosanguine Clear  Purulent | Serosanguine Clear  Purulent | Serosanguine Clear  Purulent | Serosanguine Clear  Purulent | Serosanguine Clear  Purulent | Serosanguine Clear  Purulent |
| | Odor  yes  no | Odor  yes (no) | Odor  yes (no) | Odor  yes /no | Odor  yes  no | Odor  yes  no | Odor  yes / no |
| **Packing** | present / not present | present / not present | present / not present | present / not present | present / not present | present / not present | present / not present |
| | removed / changed | removed / changed | removed / changed | removed / changed | removed / changed | removed / changed | removed / changed |
| **Dressing (Sterile)** | 2X2  4X4  Bandaid | 2X3 patch bandage 2X2  4X4  Bandaid | 2X2  4X4  Bandaid | 2X2  4X4  Bandaid | 2X2  4X4  Bandaid | 2X2  4X4  Bandaid | 2X2  4X4  Bandaid |
| | Wet → Dry | Wet → Dry | Wet → Dry | Wet → Dry | Wet → Dry | Wet → Dry | Wet → Dry |
| | Special: | Special: | Special: | Special: | Special: | Special: | Special: |
| **\*Pain Scale** | 0 | | | | | | |
| Sign | | Sign | Sign | Sign | Sign | Sign | Sign |
| Print | | Print | Print | Print | Print | Print | Print |

**\*Wong Baker Face Scale**

| | | | | | |
|---|---|---|---|---|---|
| NO HURT 0 | HURTS LITTLE BIT 2 | HURTS LITTLE MORE 4 | HURTS EVEN MORE 6 | HURTS WHOLE LOT 8 | HURTS WORST 10 |

HR 400  06/09 — *Exhibit-C*
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

| INMATE NUMBER 225611 | DATE OF BIRTH 6/4/78 |
|---|---|
| INMATE NAME (LAST, FIRST, INITIAL) Vacz, A | |
| SEX (M) F | RACE / ETHNIC B W (H) O | FACILITY Corrigan |

3/23-3/30

**PRESCRIBER ORDER:** OD scrub c̄ NS
then cover c̄ DSD/light gauze — have MD see 3/31/16
**Wound Location** (R) Shin

| Date 3/23/16 | Date 3-24-16 | Date 3/25/16 | Date 3/23/16 | Date 3/26/16 | Date 3/27/16 | Date 3-29-16 |
|---|---|---|---|---|---|---|
| Time 1015am | Time 715Pm | Time 7pm | Time 940P | Time 650 | Time 8pm | Time 730Pm |
| Vital Signs T 97° P 90 115 R 18 | Vital Signs T 97.5 P 88 R 16 | Vital Signs T Cm P Refused R | Vital Signs T 97.6 P R | Vital Signs T 98.5 P R | Vital Signs T 98.3 P R | Vital Signs T 97.0 P 82 R 16 |
| Size (cm) / mm Length 1.5 Width 1.5 | Size cm / mm Length 1.5 Width 1.5 | Size cm / mm Length ___ Width ___ | Size cm / mm Length ___ Width ___ | Size cm / mm Length ___ Width ___ | Size cm / mm Length ___ Width ___ | Size (cm) / mm Length 1 Width 1.5 |
| Depth n/a (other) | Depth n/a (other) | Depth n/a  other | Depth n/a (other) | Depth n/a (other) | Depth n/a (other) | Depth n/a (other) |
| Skin Temperature (surrounding wound) warm hot normal | Skin Temperature (surrounding wound) warm hot normal | Skin Temperature (surrounding wound) warm hot normal | Skin Temperature (surrounding wound) warm hot normal | Skin Temperature (surrounding wound) warm hot normal | Skin Temperature (surrounding wound) warm hot normal | Skin Temperature (surrounding wound) warm hot normal |
| Skin Integrity (open) closed | Skin Integrity (open) closed | Skin Integrity open  closed | Skin Integrity (open) closed | Skin Integrity (open) closed | Skin Integrity (open) closed | Skin Integrity open (closed) |
| Drainage none (sm) mod lg (Serosanguine) Clear  Purulent Odor yes (no) | Drainage none sm mod lg Serosanguine Clear  Purulent Odor yes (no) | Drainage none sm mod lg Serosanguine Clear  Purulent Odor yes / no | Drainage none (sm) mod lg dsg look Serosanguine Clear Purulent Odor yes / no | Drainage none (sm) mod lg Serosanguine Clear  Purulent Odor yes (no) | Drainage none sm mod lg Serosanguine Clear  Purulent Odor yes / no | Drainage none sm mod lg scant Serosanguine Clear  Purulent Odor yes (no) |
| Packing present / not present removed / changed | Packing present / not present removed / changed | Packing present / not present removed / changed | Packing (present) / not present removed / changed | Packing present / not present removed / changed | Packing present / not present removed / changed | Packing present / not present removed / changed |
| Dressing (Sterile) bacitracin (2X2) 4X4 Bandaid Wet → Dry Special: | Dressing (Sterile) 2X2 4X4 Bandaid Wet → Dry Special: | Dressing (Sterile) 2X2 4X4 Bandaid Wet → Dry Special: | Dressing (Sterile) 2X2 4X4 Bandaid Wet → Dry Special: | Dressing (Sterile) 4X6 island 2X2 4X4 Bandaid Wet → Dry Special: | Dressing (Sterile) 4X5 island Wet → Dry Special: | Dressing (Sterile) 2X2 4X4 Bandaid Wet → Dry Special: |
| *Pain Scale 3/10 | *Pain Scale | *Pain Scale | *Pain Scale | *Pain Scale | *Pain Scale | *Pain Scale |
| Sign | Sign | Sign | Sign | Sign | Sign | Sign |
| Print M. Bar R | Print | Print | Print | Print | Print | Print |

**\*Wong Baker Face Scale**

| 0 NO-HURT | 1  2 HURTS LITTLE BIT | 3  4 HURTS LITTLE MORE | 5  6 HURTS EVEN MORE | 7  8 HURTS WHOLE LOT | 9  10 HURTS WORST |
|---|---|---|---|---|---|

HR 400 06/09 **Exhibit-C**
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 285011 | 10-4-76 |

INMATE NAME (LAST, FIRST, INITIAL)
Velez, Alejandro

SEX (M) F    RACE // ETHNIC   B (W) H O    FACILITY Corrigan

PRESCRIBER ORDER: scrub — Wound Location (R) shin
bacitracin & cover

| | Date 4/2/16 | Date 4-3-16 | Date 4/4/16 | Date 4/5/16 | Date 4/8/16 | Date 4/9/16 | Date 4/10/16 |
|---|---|---|---|---|---|---|---|
| | Time 750P | Time 535Rm | Time 800 | Time 845 | Time 840 | Time 745P | Time 8P |
| Vital Signs | T 97.7 P 102.24 R 130/90 | T 98.0 P 108 R 16 | T 98.1 | T 98.2 | T 98.4 | T 98.8 | T 98.1 |
| Size (cm) mm | Length 1.5 cm round Width 1.5 | Length 1.5 Width 1.5 | Length 6.5 Width 1.5 | Length 1.5 Width 1.5 | Length 1.5 Width 1.5 | Length 1.5 Width 1.5 | Length 1.5 Width 1.5 |
| Depth | black edge n/a other | n/a other | n/a (other) | n/a (other) | n/a (other) | n/a (other) | n/a (other) |
| Skin Temperature (surrounding wound) | warm hot (normal) | warm hot (normal) | warm hot normal | warm hot (normal) | warm hot normal | warm hot (normal) | warm hot normal |
| Skin Integrity | (open) closed | open (closed) | (open) closed | open closed | (open) closed | open closed | open closed |
| Drainage | none sm mod lg No dsg Serosanguine (Clear) Purulent Odor yes / no | none sm mod lg scant Serosanguine Clear Purulent Odor yes/no | none sm mod lg open Serosanguine Clear Purulent show Odor yes/no | none sm mod lg Serosanguine Clear Purulent Odor yes/no | none sm mod lg Serosanguine Clear Purulent Odor yes/no | none sm mod lg Serosanguine Clear Purulent Odor yes/no | none sm mod lg Serosanguine Clear Purulent Odor yes/no |
| Packing | present / not present removed / changed | present / not present removed / changed | present / not present removed / changed | present / not present removed / changed | present / not present removed / changed | present / not present removed / changed | present / not present removed / changed |
| Dressing (Sterile) | bacitracin 2X2 4X4 Bandaid 1g bandaid Wet → Dry Special: | 2X2 4X4 Bandaid Wet → Dry Special: bacitra | island 2X2 4X4 Bandaid Wet → Dry Special: bacitrac | island 2X2 4X4 Bandaid D/c wet → 533/4 Wet → Dry Special: | 2X2 4X4 Bandaid Wet → Dry Special: | 2X2 4X4 Bandaid Wet → Dry Special: | 2X2 4X4 Bandaid Wet → Dry Special: |
| *Pain Scale | no | | 0 0/0 | | | 0 | 0 |
| Sign | | | | D. Adams Clift RN cuff | | | |
| Print | | Marleen | | | | | |

*Wong Baker Face Scale



0 NO-HURT   2 HURTS LITTLE BIT   4 HURTS LITTLE MORE   6 HURTS EVEN MORE   8 HURTS WHOLE LOT   10 HURTS WORST

Exhibit-C

HR 400  06/09
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

INMATE NUMBER _____  DATE OF BIRTH 6/4/16

INMATE NAME (LAST, FIRST, INITIAL) _____

SEX  M / F    RACE / ETHNIC  B  W  H  O    FACILITY 14A

PRESCRIBER ORDER: _____ Wound Location (R GHIN)

| | Date 4-12-16 | Date 4/13/16 | Date 4/14/16 | Date 4-16-16 | Date 4/19/16 | Date | Date |
|---|---|---|---|---|---|---|---|
| **Time** | 8PM | 0300 | 10 | 555 | 715PM | | |
| **Vital Signs** T / P / R | T 91.7 / P 78 / R 16 | refused | T 98.4 / P / R | T 97.6 / P 92 / R 16 | T 98.6 / P 78 / R 40 | T / P / R | T / P / R |
| **Size cm/mm** Length / Width | | | | Length 1 / Width 1 | Length / Width | Length / Width | Length / Width |
| **Depth** | n/a  other | n/a  other | n/a  other | n/a  other | n/a  other | n/a  other | n/a  other |
| **Skin Temperature** (surrounding wound) | warm hot normal | warm hot normal | warm hot normal | warm hot normal | warm hot normal | warm hot normal | warm hot normal |
| **Skin Integrity** | open  closed | open  closed | open  closed | open  closed | open  closed | open  closed | open  closed |
| **Drainage** | none sm mod lg | none sm mod lg | none sm mod lg | none sm mod lg | none sm mod lg | none sm mod lg | none sm mod lg |
| | Serosanguine  Clear  Purulent | Serosanguine  Clear  Purulent | Serosanguine  Clear  Purulent | Serosanguine  Clear  Purulent | Serosanguine  Clear  Purulent | Serosanguine  Clear  Purulent | Serosanguine  Clear  Purulent |
| **Odor** | yes / no | yes / no | yes / no | yes / no | yes / no | yes / no | yes / no |
| **Packing** | present / not present  removed / changed | present / not present  removed / changed | present / not present  removed / changed | present / not present  removed / changed | present / not present  removed / changed | present / not present  removed / changed | present / not present  removed / changed |
| **Dressing (Sterile)** | 2X2 4X4 Bandaid  Wet → Dry | 2X2 4X4 Bandaid  Wet → Dry | 2X2 4X4 Bandaid  Wet → Dry | 2X2 4X4 Bandaid  Wet → Dry | 2X2 4X4 Bandaid  Wet → Dry | 2X2 4X4 Bandaid  Wet → Dry | 2X2 4X4 Bandaid  Wet → Dry |
| **Special:** | | | | | | | |
| ***Pain Scale** | | | | | | | |
| **Sign** | | | | | | | |
| **Print** | | | | | | | |

*Wong Baker Face Scale



0 NO HURT   2 HURTS LITTLE BIT   4 HURTS LITTLE MORE   6 HURTS EVEN MORE   8 HURTS WHOLE LOT   10 HURTS WORST

HR 925 02/2011
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

| INMATE NUMBER: | 725-611 | | DATE OF BIRTH: | 6/14/75 |
|---|---|---|---|---|
| INMATE NAME (LAST, FIRST, INITIALS): | Velez  Alexandro | | | |

**PHYSICIAN'S ORDERS**

*Exhibit-D*

| SEX:  M  F | RACE/ETHNIC:  B  W  H  O | FACILITY: |
|---|---|---|

**DRUG ALLERGIES/HYPERSENSITIVITIES:**   NKA

| Date & Time | ORDERS<br>Prescriber Signature & Title/Nurse Signature & Title<br>*For Medication Orders: Document Medication Dose, Frequency & Route, & Duration.*<br>*For topical preparations, provide quantity prescribed (Example: 30 grams, 60 cc, etc.) & type of preparation (lotion, cream, ointment, etc.).*<br>*Document indication(s) for PRN medications(s)* | Priority Code: (Circle one)<br>Contingency or Routine | Admin. Code: (Circle one)<br>KOP or DOT | Medication Order(s) Scanned to Pharmacy: Date/Time/Initials |
|---|---|---|---|---|
| 3/8/16 | Wound ✓ to RLE daily temp<br>cleanse NS & cover c̄ DSD  x 10days or healed | C R | K D<br>KP | |
| | Doxycycline 100mg 1 po Bid<br>x 10days | ©R | ⓀD | |
| | Cynthia L Heureux, APRN | C R | K D | |
| | L Heureux APRN | C R | K D | |
| | | C R | K D | |
| 3/16/16 | D/c Hold Doc | C R | K D | |
| | Haldol 10 | C R | K D | |
| | po bid x 90d | C R | K D | |
| | Cogentin 2 | C R | K D | |
| | po bid x 90d | C R | K D | |
| | po 8 me | C R | K D | |
| | Benadryl 50 po hs x 90d | C R | K D | |
| | | C R | K D | |
| CONFIDENTIAL | | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |

**MEDICATIONS WILL BE DISPENSED ACCORDING TO BRANDS STOCKED IN THE PHARMACY.**
**AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT UNDER THE CMHC FORMULARY SYSTEM.**

HR401 REV.09/02
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

**CLINICAL RECORD** *Exhibit-D*

| INMATE NUMBER | DATE OF BIRTH |
|---|---|
| 225611 | 6 14 76 |

INMATE NAME (LAST, FIRST, INITIAL)
Velez   Alejandro

| SEX | RACE/ETHNIC | FACILITY |
|---|---|---|
| M F | B (W) H O | Corrigan |

| DATE / TIME | |
|---|---|
| 3-28-16 730pm | Refused dsg. change — V. Merceau |
| 3-29-16 735pm | Dsg. changed — (McCue) |
| 3-30-16 710pm | Refused dsg — (McCue) |
| | |
| 3/31/16 | Sick call — Nason — (R) LE wound check |
| | R tall |
| | labs leading ... black sullen ... no pain no deudp. |
| | red muscle ... f...t...o, b... flat darken skin |
| | indented ... (D) K ... |
| | (contralat) area ... central denuded area which |
| | (over lateral) ... looks like dry muscle |
| | rest ... no sensation in (that) |
| | ... area. |
| | ... no pch abscess |
| | ... ... epidermis |
| | ... |
| | P. healed deep abrasion |
| | likel ... ... epidermis (similar to 3° burn |
| | ... Need, debride ... |
| | Plan: + will reinsert NSantel ... NF |
| | + since it to do debride ... |
| | ... Infirm... |
| | |
| 4/2/16 | IM seen in (4PDD) 70 custody area/rest. Custody reported |
| | IM stated "I want to see MH before I do something |
| | stupid" S "I have this rash on my body, can you |
| | let medical know" TM instructed IM to write |
| | a request to medical for medical services. IM |
| | denies SI/HI/IP. Asking he said that to get |
| | to medical. O: IM presents w/ reddened rash a |
| | head neck arms (areas observable by TM) |
| | Again, IM denies SI/HI/IP but states cont |

HR 925 02/2011
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

| INMATE NUMBER: | 2 2 5 6 1 1 | DATE OF BIRTH: |
| INMATE NAME (LAST, FIRST, INITIALS): | Velez Alejandro | |
| SEX: M F | RACE/ETHNIC: B W H O | FACILITY: |

## PHYSICIAN'S ORDERS

*Exhibit-D*

**DRUG ALLERGIES/HYPERSENSITIVITIES:**

NKDA

| Date & Time | ORDERS<br>Prescriber Signature & Title/Nurse Signature & Title<br>*For Medication Orders: Document Medication Dose, Frequency & Route, & Duration.*<br>*For topical preparations, provide quantity prescribed (Example: 30 grams, 60 cc, etc.) & type of preparation (lotion, cream, ointment, etc.).*<br>*Document indication(s) for PRN medications(s)* | Priority Code: (Circle one) Contingency or Routine | Admin. Code: (Circle one) KOP or DOT | Medication Order(s) Scanned to Pharmacy: Date/Time/Initials |
|---|---|---|---|---|
| 3/18/16 | motrin 800mg PO Zid | C R | K D | |
| | x 2 weeks Dx: low back | C R | K D | |
| | pain | C R | K D | |
| | ILONA FIGURA, M.D. | C R | K D | |
| | | C R | K D | |
| 3/18/16 | renal r noted Del Dillon, R | C R | K D | |
| | | C R | K D | |
| 3/31/16 | Santyl apply to wound once | C R | K D | |
| | daily, cover with dry gauze | C R | K D | |
| | x 30 days  - NF emailed to | C R | K D | |
| ILONA FIGURA, M.D. | PC W/in | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| CONFIDENTIAL | | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |

HR 925 02/2011
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

| INMATE NUMBER: | 2 2 5 6 | | DATE OF BIRTH: | 6/4/78 |

INMATE NAME (LAST, FIRST, INITIALS): Vel Alejandro

SEX: M F    RACE/ETHNIC: B W H O    FACILITY: Corrigan

## PHYSICIAN'S ORDERS
Exhibit-D

**DRUG ALLERGIES/HYPERSENSITIVITIES:** NKDA

| Date & Time | ORDERS Prescriber Signature & Title/Nurse Signature & Title *For Medication Orders: Document Medication Dose, Frequency & Route, & Duration. *For topical preparations, provide quantity prescribed (Example: 30 grams, 60 cc, etc.) & type of preparation (lotion, cream, ointment, etc.). *Document indication(s) for PRN medications(s) | Priority Code: (Circle one) Contingency or Routine | Admin. Code: (Circle one) KOP or DOT | Medication Order(s) Scanned to Pharmacy: Date/Time/Initials |
|---|---|---|---|---|
| 3/23/16 | daily dressing change | C R | K D | |
| | ℞ leg x1week | C R | K D | |
| | scrub hard (bleeding is | C R | K D | |
| | good) then cover with bactrain | C R | K D | |
| | + then light gauze | C R | K D | |
| | have MD look @ wound. | C R | K D | |
| | in 1week | C R | K D | |
| | Bactrim DS ℞ Po B.O | C R | K D | |
| | x 1week - Dx: cellulitis ℞ | C R | K D | |
| | XR ℞ calf - R/O osteo | C R | K D | |
| | Infreo | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| 4/2/16 8:20p | Prednisone 50mg po x 1 now | C R | K D | |
| | then Prednisone 50mg qhs x 5 days (rash) | C R | K D | |
| | T.O. Dr Naqqi (Sarai Sweatr A) | C R | K D | |
| | Sarai denoted _____ 4/2/16 825p | C R | K D | |
| | Cynthia J. Heureux, APRN | C R | K D | |
| | | C R | K D | |

CONFIDENTIAL

MEDICATIONS WILL BE DISPENSED ACCORDING TO BRANDS STOCKED IN THE PHARMACY.
AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT UNDER THE CMHC FORMULARY SYSTEM.

HR 925 02/2011
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSTIY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

G118

| INMATE NUMBER: | 2 2 5 6 1 1 | DATE OF BIRTH: 6/4/76 |
| INMATE NAME (LAST, FIRST, INITIALS) | Vega, Alejandro | |
| SEX: Ⓜ F | RACE/ETHNIC: B W Ⓗ O | FACILITY: Corrig |

**PHYSICIAN'S ORDERS**

*Exhibit D*

**DRUG ALLERGIES/HYPERSENSITIVITIES:**   NKA

| Date & Time | ORDERS — Prescriber Signature & Title/Nurse Signature & Title *For Medication Orders: Document Medication Dose, Frequency & Route, & Duration. *For topical preparations, provide quantity prescribed (Example: 30 grams, 60 cc, etc.) & type of preparation (lotion, cream, ointment, etc.). *Document indication(s) for PRN medications(s) | Priority Code: (Circle one) Contingency or Routine | Admin. Code: (Circle one) KOP or DOT | Medication Order(s) Scanned to Pharmacy: Date/Time/Initials |
|---|---|---|---|---|
| 5/11/16 | Pen VK 500mg Q6h x 10 days | C Ⓡ | Ⓚ D | Scanned |
| | dispense thirty tabs PO | C R | Ⓚ D | noted/ Transcribed |
| | Ibuprofen 800 mg Q 8° prn pain | C R | K Ⓓ | 5/11/16 |
| | dispense twenty tabs PO | C R | K D | |
| | Dr Paul Hermanns | C R | K D | |
| | | C R | K D | |
| 3/12/16 | ① Haldol 10, po bid x 90 d | Ⓒ R | Ⓚ D | |
| | ② Cogentin ℞ po bid x 90 d | Ⓒ R | Ⓚ D | |
| | ③ Benadryl 50, po x 90 d | Ⓒ R | Ⓚ D | |
| | ④ Re 12 weeks | C R | K D | |
| | | C R | K D | |
| | CHART | C R | K D | |
| CONFIDENTIAL | notes / Scanned Kendra 3/12/16 11:10a | C R | K D | |
| | | C R | K D | |
| 6/6/16 0830 | Zantac 150 mg po qd prn x 60 days (GGRD) | ⓒ Ⓡ | Ⓚ D | |
| | Cynthia Reynolds APRN | C R | K D | |
| 6/6/16 | scanned & noted | C R | K D | |

MEDICATIONS WILL BE DISPENSED ACCORDING TO BRANDS STOCKED IN THE PHARMACY.
AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT UNDER THE CMHC FORMULARY SYSTEM.

HR 925 02/2011
**CONNECTICUT DEPARTMENT OF CORRECTION**
**UNIVERSITY OF CONNECTICUT HEALTH CENTER**
**CORRECTIONAL MANAGED HEALTH CARE**

**PHYSICIAN'S ORDERS**

Exhibit D

INMATE NUMBER: 2 2 5 6 1 1
DATE OF BIRTH: 6/4/74
INMATE NAME (LAST, FIRST, INITIALS): Velez Alejandro
SEX: (M) F    RACE/ETHNIC: B W (H) O    FACILITY: Corrigan

| DRUG ALLERGIES/HYPERSENSITIVITIES: | NKA |
|---|---|

| Date & Time | ORDERS — Prescriber Signature & Title/Nurse Signature & Title | Priority Code / Contingency or Routine | Admin. Code / KOP or DOT | Medication Order(s) Scanned to Pharmacy: Date/Time/Initials |
|---|---|---|---|---|
| 6/29/16 | Ibuprofen 800 mg Q8hrs x one week dispense twenty tab PO PRN pain *illegible* | C R | K D | Scanned noted transc 6/29/16 |
| | | C R | K D | |
| | | C R | K D | H Conville |
| | | C R | K D | |
| | | C R | K D | |
| 7/4/16 9:15 AM | (Rx): Ibuprofen 800 mg, #20 Dental pack dispensed, take 1 po 3x day for 7 days prn pain S. TESSCER PAS  S. Tessier Noted K Phillips RN | (C) R | (K) D | |
| | | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| 8/8/16 3:00 pm | Renewal: Haldol 10mg PO QD x 90 days Cogentin 1mg PO BID x 90 days Benadryl 50 mg PO QHS x 90 days  Christina Wright, A.P.R.N. | C R / C (R) / C (R) / C (R) | K D / K (D) / K (D) / K (D) | Scanned noted trans 8/8/16 H Conville LP |
| | CONFIDENTIAL | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |

**MEDICATIONS WILL BE DISPENSED ACCORDING TO BRANDS STOCKED IN THE PHARMACY.**
**AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT UNDER THE CMHC FORMULARY SYSTEM.**

HR 925 02/2011
**CONNECTICUT DEPARTMENT OF CORRECTION**
**UNIVERSITY OF CONNECTICUT HEALTH CENTER**
**CORRECTIONAL MANAGED HEALTH CARE**

| INMATE NUMBER: | 2 2 5 6 1 1 | DATE OF BIRTH: 6.4.96 |
|---|---|---|

INMATE NAME (LAST, FIRST, INITIALS): Velez Alejandro

## PHYSICIAN'S ORDERS

Exhibit-D

SEX: M F    RACE/ETHNIC: B W H O    FACILITY: CCI

**DRUG ALLERGIES/HYPERSENSITIVITIES:**

N KAM

| Date & Time | ORDERS<br>Prescriber Signature & Title/Nurse Signature & Title<br>*For Medication Orders: Document Medication Dose, Frequency & Route, & Duration.*<br>*For topical preparations, provide quantity prescribed (Example: 30 grams, 60 cc, etc.) & type of preparation (lotion, cream, ointment, etc.).*<br>*Document indication(s) for PRN medications(s)* | Priority Code: (Circle one) Contingency or Routine | Admin. Code: (Circle one) KOP or DOT | Medication Order(s) Scanned to Pharmacy: Date/Time/Initials |
|---|---|---|---|---|
| 2.21.17 910am | D/c Haldol  D/c Cogentin  MCan  MAXINE CARTWRIGHT, M.D. | C R | K D | |
| | | C R | K D | Scanned |
| | | C R | K D | not |
| | | C R | K D | 2/21/17 |
| 6/24/17 931pm | Ibuprofen 200mg 2 tabs PO Q 4 hrs PRN for pain x 3 days per nsg protocol ———— SLauler | C R | K D | |
| | | C R | K D | |
| | | C R | K D | 6/24/17 8:10 |
| | | C R | K D | |
| | | C R | K D | |
| 6/26/17 8:10 | Zantac 150, ↑ x 1 year (GETYD) | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| 6-26-17 8:15a | SCANNED + NOTED ———— G. Cortez pca | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| | | C R | K D | |
| | CONFIDENTIAL | C R | K D | |
| | | C R | K D | |

**MEDICATIONS WILL BE DISPENSED ACCORDING TO BRANDS STOCKED IN THE PHARMACY.**
**AUTHORIZATION IS HEREBY GIVEN TO DISPENSE THE MEDICATION EQUIVALENT UNDER THE CMHC FORMULARY SYSTEM.**

**Inmate Request Form** *Exhibit-E*
**Connecticut Department of Correction**

CN 9601
REV 1/31/09

Copy

Inmate name: Alejandro Velez        Inmate number: 225611

Facility/Unit: Corrigan C.I.     Housing unit: RHU-1 Cell     Date: 2-29-16

Submitted to: Medical Dept.

Request: I was forcibly removed from my cell and beaten by two unknown c/o's and I was injured on my face, Neck, back & grin. I also have a big Laceration to my right leg that I been complaining about but been ignored. My face was bruised but the bruising is going away. No Nurse or D.O.C official took any pictures of my injuries. All this happened on 2-27-16 at about 4:30 am. Please see me for my leg. It really hurts and it looks like its getting worse.

Thank You -A. Velez

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

Acted on by (print name):                        Title:

Action taken and/or response:

**continue on back if necessary**

Staff signature:                                 Date:

## Inmate Request Form Exhibit-E
### Connecticut Department of Correction
***COMPLETE ALL BOXES ON TOP IF YOU WANT A REPLY***

CN 9601
REV 1/31/09

Inmate name: Alejandro Velez

Inmate number: 225611

Facility/Unit: Corrigan C.I.

Housing unit/cell #: CC-1/18

Date: 9-8-16

Submitted to: Medical

Request: I would please like to be seen about my continued back pains. Its been hurting on and off since March when two corroction officers assaulted me. Please see me.

Thanks: A. Velez # 225511
CC-118

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): K Phillips

Title: RN

Action taken and/or response:

You are still on the list to be seen

*continue on back if necessary*

Staff signature: KPhil

Date: 9-10-16

Medical

Medical

**Inmate Request Form** *Exhibit E*
**Connecticut Department of Correction**

(Copy)

CN 9601
REV 1/31/09

Inmate name: Alejandro Velez          Inmate number: 225611

Facility/Unit: Cheshire C.I.     Housing unit: 55-15    Date: 6-21-17

Submitted to: Medical Doctor

Request:

I would please like to be seen
about my continued back and neck
pains. I've been having these pains since
February 27, 2016 when I got assaulted by
several C/o's at Corrigan C.I.
                    Thank you: A. Velez #225611
                              South 5-15 Cell

*continue on back if necessary*

Previous action taken:

RECEIVED
JUN 22 2017
BY:

*continue on back if necessary*

Acted on by (print name):                    Title:

Action taken and/or response:

Seen in medical 6/24/17

*continue on back if necessary*

Staff signature:                              Date:





HR401J 09/14
*Exhibit E*
CONNECTICUT DEPARTMENT OF CORRECTION
UNIVERSITY OF CONNECTICUT HEALTH CENTER
CORRECTIONAL MANAGED HEALTH CARE

## PATIENT ENCOUNTER/NURSE SICK CALL

"S" section must be fully completed for all encounters

| INMATE NUMBER 225611 | DATE OF BIRTH 6-14-76 |
| INMATE NAME (LAST, FIRST, INITIAL) Velez, Alejandro | |
| SEX Ⓜ F | RACE/ETHNIC B W Ⓗ O | FACILITY CCI |

DATE/TIME: 6/24/17 8:30 AM/**PM**

**(S) Chief Complaint:** " *Meds Renewal / Back pain* "

HT:_____ WT:_____ WT PRIOR:_____ ☐ PROBLEM LIST REVIEWED    ENCOUNTERED IN: ☐ HOUSING UNIT ☐ MEDICAL UNIT

| Vital Signs: | Abnormal | NOTIFY PRESCRIBER IMMEDIATELY IF: | SKIN: |
|---|---|---|---|
| T: 97.8 ☐ TYMP ☐ ORAL ☐ AX | | T ≥101 or ≤ 97 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT | |
| P: 92 ☐ REG ☐ STRONG | ☐ IRR ☐ WEAK ☐ THREADY ☐ BOUNDING ☐ OTHER:_____ | P >100 or < 60 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT | |
| R: 18 ☐ UNLABORED ☐ REGULAR ☐ SPUTUM CLEAR | ☐ LABORED ☐ SHALLOW ☐ SOB | R >22 OR <14 OR OTHER ABNORMAL FINDINGS AS COMPARED TO PATIENT BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT | |
| BP: 136/74 ☐ STANDING ☐ SITTING ☐ LAYING | | B/P ≤ 100/70 OR ≥ 180/90 ORTHOSTATIC CHANGES OR FINDINGS ARE UNUSUAL AS COMPARED TO PATIENTS BASELINE EXCEPTION IF FINDINGS ARE WITHIN THE HEALTHY NORM FOR THE PATIENT | DIAGRAM CODES: B-BURN C-CONTUSION D – DECUBITUS E-ERYTHEMA I-INCISION L-LACERATION P-PETECHIAE R-RASH S-SCAR T-TUBE O-OTHER:_____ |
| O2 SAT: 98% ☐ R/A ☐ O2 ___L | ≤ 90 % | PULSE OX IS ≤ 90 % | |

| Code | Location | LENGTH | WIDTH | DEPTH |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

PAIN LOCATION: Back    DURATION: over 14R    RANGE 0-10: 6/7/10

## (O) EVALUATION/OBSERVATION SIGNS/SYMPTOMS

### NEUROLOGICAL ☐ N/A
☐ ALERT ☐ ORIENTED (CIRCLE) PERSON PLACE TIME
☐ DISORIENTED ☐ SYNCOPE ☐ HEADACHE
GRASP: RIGHT/LEFT ☐ EQUAL ☐ UNEQUAL ☐ OTHER_____
PUPILS: ☐ PERRLA ☐ R___mm to ___mm ☐ L___mm to ___mm
IMPAIRMENT: ☐ SPEECH ☐ HEARING ☐ VISUAL
☐ TREMORS ☐ NUMBNESS ☐ TINGLING ☐ VERTIGO/ATAXIA
☐ FALLS (EXPLAIN) _____
  ☐ BALANCE WNL ☐ UNSTEADY GAIT
☐ WEAKNESS (DESCRIBE) _____
☐ CHANGE IN ADL (EXPLAIN) _____
HX OF SEIZURES/STROKE/CVA/TIA: ☐ Y (DATE OF LAST) _____

### CARDIOPULMONARY ☐ N/A
CHEST PAIN ☐ DENIES ☐ ANGINAL ☐ POSTURAL ☐ LOCALIZED
☐ SUBSTERNAL ☐ RADIATING ☐ DULL ☐ ACHING ☐ SHARP/STABBING
☐ VISELIKE ☐ OTHER:_____
ASSOCIATED WITH: ☐ SOB ☐ ACTIVITY ☐ REST
FREQUENCY/DURATION:_____
HEART SOUNDS: ☐ NORMAL ☐ REGULAR ☐ IRREGULAR
☐ ABNORMAL(EXPLAIN):_____
☐ FATIGUED ☐ EDEMA ☐ PEDAL PULSE R:_____ L:_____ ☐ FAINT
☐ PITTING +1 / +2 / +3 / +4 ☐ NONPITTING SITE:_____
☐ PACEMAKER/ICD :_____ (TYPE/DATE INSERTED)
☐ CAP REFILLS ☐ UE (CIRCLE) >3SEC / <3 SEC ☐ LE >3SEC / < 3SEC

### ENDOCRINE ☐ N/A
Blood Sugar _____ Ranges:_____ low to _____high
☐ HYPERGLYCEMIA : GLUCOSURIA/POLYURIA/POLYDIPSIA
☐ HYPOGLYCEMIA : SWEATS/POLYPHAGIA/WEAK/FAINT/STUPOR
REVIEW OF FOOD EATEN WITHIN PAST 2 HOURS:
_____

### RESPIRATORY ☐ N/A
☐ COUGH : ☐ PRODUCTIVE ☐ NON PRODUCTIVE
☐ HEMOPTYSIS ☐ PURULENT/+ODOR SPUTUM
☐ FREQUENCY _____ ☐AMT _____
☐ ABLE TO COUGH UP SECRETIONS
☐ DYSPNEA/SOB ☐ FATIGUED
☐ NASAL CONGESTION ☐ SINUS PAIN
☐ THROAT PAIN:_____
LUNG SOUNDS:

| LUL | LLL | RUL | RLL | RML |
|---|---|---|---|---|
| | | | | |

### GASTROINTESTINAL / ABDOMINAL ☐ N/A
APPETITE ☐ GOOD ☐ FAIR ☐ POOR
WT LOSS ☐ YES ☐ NO
☐ ANOREXIA ☐ NAUSEA
☐ VOMITING ☐ DIARRHEA
☐ DIFFICULTY SWALLOWING
☐ LAST BM (DATE):_____
☐ DISTENTION ☐ GUARDING
☐ FLATULENCE ☐ INCONTINENCE
☐ BM DESCRIPTION:_____
☐ BLOOD IN STOOL
☐ WITNESSED ☐ REPORTED BY PATIENT

BOWEL SOUNDS

| RUQ | |
|---|---|
| RLQ | |
| LUQ | |
| LLQ | |

### INTEGUMENTARY ☐ N/A
☐ PALE ☐ FLUSHED ☐ JAUNDICE ☐ WARM ☐ COOL ☐ DRY ☐ CLAMMY
☐ RASH ☐ HIVES ☐ ITCHING ☐ PETECHIAE ☐ PUSTULES/LESIONS
☐ HAIR LOSS ☐ TAUT SKIN
☐ SKIN DIAGRAM COMPLETED ON PAGE 1 ☐ Y ☐ N
☐ WOUND CHECKLIST HR400 IN PROGRESS

CONFIDENTIAL

| MUSCULOSKELETAL □ N/A | GENITOURINARY □ N/A |
|---|---|
| UPPER EXTREMITITES : EQUAL STRENGTH BILATERALLY ☑ Y □ N | BLADDER: □ CONTINENT □ INCONTINENT □ FREQUENCY □ URGENCY |

UPPER EXTREMITITES : EQUAL STRENGTH BILATERALLY ☑ Y □ N
IF NO EXPLAIN:_____
LOWER EXTREMITITES : EQUAL STRENGTH BILATERALLY ☑ Y □ N
IF NO EXPLAIN:_____
□ LOSS OF ROM □ PARALYSIS □ HEMIPARESIS : L OR R (CIRCLE)
□ CONTRACTURE(S):_____  □ STIFFNESS:_____
□ DISCOLORATION:_____  □ SWELLING:_____
□ JOINT WARMTH □ TENDERNESS □ FLANK PAIN (DO URINE DIP)
□ DEFORMITY:_____  □ JOINT DISPLACEMENT:_____
HX OF AMPUTATION:_____
   ABILITY TO AMBULATE: □ CANE □ WALKER □ CRUTCHES
      □ WHEELCHAIR BOUND
   DEVICES: □ ORTHOTIC □ PROSTHETIC □ BRACE □ SPLINT

### EYES & EARS  □ N/A
EYES: SCLERA: □ WHITE □ YELLOW □ HEMORRHAGE □ OTHER_____
      CONJUNCTIVA: □ DRY □ RED/IRRITATED
         □ DRAINAGE (DESCRIBE)_____
EARS: □ PAIN □ DRAINAGE (DESCRIBE)_____
      □ TYMPANE EXAMINED (FINDINGS):_____
      □ HEARING AIDS L / R
      □ HISTORY OF FREQUENT INFECTIONS OR TUBE PLACEMENT
COMMENTS:_____

### PSYCHOSOCIAL  □ N/A
□ DOES NOT MAINTAIN EYE CONTACT  □ UNCOOPERATIVE
   MOOD: □ ANGRY □ ELATED □ DEPRESSED
   AFFECT: □ CONGRUOUS □ INCONGRUOUS
□ EXPERIENCING HALLUCINATIONS (CIRCLE) AUDITORY  VISUAL  TACTILE
□ VERBALIZING THOUGHTS OF HARMING SELF/OTHERS*
*NOTIFY SUPERVISOR/ON-CALL PSYCHIATRY IMMEDIATELY

GENITOURINARY □ N/A
BLADDER: □ CONTINENT □ INCONTINENT □ FREQUENCY □ URGENCY
□ PAIN (□ ODOR □ BURNING □ RETENTION □ HESITANCY
□ HEMATURIA □ URINE: COLOR_____  □ CLOUDY
OUTPUT: VOIDS ____X/DAY OR _____cc □ NOCTURIA X _____
□ PENILE/VAG DISCHARGE:_____  □ OTHER_____
CATHETER SIZE ___F___cc LAST CHANGED: _____(DATE)
GYN: LMP:_____  □ VAG.BLEEDING:_____DESCRIBE
COMMENTS:_____

### NOSE / MOUTH / THROAT  □ N/A
NOSE: □ NASAL BONE MALALIGNED/DISPLACED □ BLEEDING
      □ NARES PATENT □ OBSTRUCTED NARE L / R (CIRCLE)
      □ MUCUS MEMBRANES DRY
TEETH: □ NATURAL □ PARTIAL PLATE □ DENTURES UPPER/LOWER (CIRCLE)
      □ MISSING  □ CARIES
GUMS: □ PINK □ INFLAMED □ BLEEDING □ SORES/LESIONS/PLAQUES
THROAT: □ TENDERNESS ON EXTERNAL PALPATION □ REDNESS
      □ TONSILLAR EXUDATE (DESCRIBE):_____
      □ PRESENCE OF LESIONS/PLAQUES/DISCOLORATION:_____

### EDUCATION
□ REVIEWED  MEDICATION/TREATMENT PLAN(S) WITH PATIENT
□ EDUCATIONAL MATERIALS PROVIDED
□ TEACHING COMPLETED:_____
□ VERBALIZES UNDERSTANDING □ REQUIRES F/U EDUCATION
□ RETURN DEMONSTRATION BY PATIENT
□ ADVISED TO RETURN TO CLINIC WITH ANY QUESTIONS/CONCERNS

NARRATIVE NOTES:
C/O of Back pain due to assut. I/m states it didn't bother him until now because he get up and down on top bunk. ∅ meds. Also ber's meds Renewal ∅ NIV, ∅ def. Waiting Advise. If any change to notify me (lieu)

---

### (A) ASSESSSMENT / ( E )  EVALUATION
| | | |
|---|---|---|
| ☑ PAIN (CIRCLE) ACUTE / CHRONIC | □ INFFECTIVE BREATHING PATTERN | □ INEFFECTIVE COPING |
| □ IMPAIRED SKIN INTEGRITY | □ AIRWAY CLEARANCE INEFFECTIVE | □ (CIRCLE) HOPELESSNESS/POWERLESSNESS |
| □ ALTERED MENTAL STATUS | □ IMPAIRED GAS EXCHANGE | □ SELF CARE DEFICIT |
| □ MEMORY IMPAIRED | □ IMPAIRED TISSUE/SKIN INTEGRITY | □ INEFFECT. THERAPEUTIC REGIMEN MANAGE. |
| □ CONFUSION : (CIRCLE) ACUTE/CHRONIC | □ IMPAIRED (CIRCLE) URINARY / BOWEL ELIMIN. | □ INFECTION (RISK FOR) |
| □ INEFFECTIVE TISSUE PERFUSION | □ IMPAIRED PHYSICAL MOBILITY | □ KNOWLEDGE DEFICIT (S) |
| □ CARDIAC OUTPUT DECREASED | □ IMPAIRED DENTITION | □ OTHER:_____ |
| □ FLUID VOLUME (CIRCLE) : EXCESS/DEFICIT | | |

### (P) PLAN
□ UNABLE TO COMPLETE EVALUTION AT PRESENT LOCATION ADVISED PATIENT/OFFICER TO REPORT TO MEDICAL UNIT IMMEDIATELY
□ NURSING PROTOCOL IMPLEMENTED (INDICATE WHICH PROTOCOL(S):__ABS.1_____
□ IMMEDIATE ACTION REQUIRED:
   ON- CALL MD NOTIFIED : (NAME OF MD)_____  TIME OF NOTIFICATION:_____
□ SCHEDULED TO SEE MD URGENTLY WITHIN 8 HOURS     □ SCHEDULED TO SEE MD WITHIN 72 HOURS
□ PLACED ON MD SICK CALL LIST  (FOR ROUTINE SICK CALL FOLLOW UP)
□ ADVISED TO RETURN TO NURSE SICK CALL WITHIN _____(CIRCLE) HOURS/DAYS/WEEKS APPT SLIP/PASS GIVEN:  □ Y  □ N
□ CARE COORDINATION:  □ COMMUNICATION SENT TO (CIRCLE) MD / NURSING SUPERVISOR / H.S.A. / PSYCHIATRY
COMMENTS:_____

_____

SIGNATURE & PRINTED LAST NAME ___Mauley___     (CIRCLE) RN Y LPN     DATE/TIME_6/24/17 930_ AM/PM

COSIGNATURE & PRINTED NAME OF  RN IF NURSE IS LPN:_____     DATE/TIME _____/_____ AM/PM



# Inmate Request Form

*Exhibit E*

**Connecticut Department of Correction**

**CN 9601**
**REV 1/31/09**

*IF YOU DO NOT WRITE YOUR NAME, INMATE#, BLOCK AND CELL# YOU WILL NOT GET A RESPONSE BACK.*

Inmate name: Alejandro Velez

Inmate number: 225611

Facility/Unit: Cheshire C.I

Housing unit: SBS-15

Date: 6-29-17

Submitted to: Medical Dept

Request: I was given my bulk meds today from the same nurse who gave me a bottle of ibuprofen on 6-24-17 for my continued neck & lower back pains and I told her that the ibuprofens was not helping at all and she told me to drop another request. This is a request to be seen by the medical Doctor because the ibuprofens I was given DO NOT HELP AT ALL. I need real medications not placebos. I do not want to push the issue and go to court but if you don't help me I have no choice but to litigate for deliberate indifference to my medical needs. See Supreme Court Ruling in =Estelle v. Gamble, 429, U.S. 97, 104-05, 97 S ct. 285, 291 50 L. Ed 2d 251, 260 (1976).

CC: File

Thank you: A. Velez #225611

*continue on back if necessary*

Previous action taken:

RECEIVED
JUN 3 0 2017
BY:

*continue on back if necessary*

Acted on by (print name): Ventrella

Title: CHO

Action taken and/or response:

assessed

Placed on mn list   Email to Deh W.

*continue on back if necessary*

Staff signature: Jane Ventrella, BSN, RN

Date: 7/11/7

# Inmate Request Form
### Connecticut Department of Correction

*Exhibit E*

CN 9601
REV 1/31/09

No name, No inmate number, No housing unit/cell number = no response.

Inmate name: **Alejandro Velez**　　　Inmate number: **225611**

Facility/Unit: **CCI**　　　Housing unit: **SB5-15**　　　Date: **7-5-17**

Submitted to: **Medical Nurse J. Ventrella**

Request: Nurse Ventrella I seen you on 7-1-17 in medical about my continued neck and back pains and you gave me some papers with back exercises and to be honest with you I have tried them and they DO NOT WORK. You also said to me that you was going to put me on the list to see the Doctor but today I got back the request I wrote about the ibuprofens not helping me at all and you answered that you "sent my chart to MD for motrin." I would please like to see the Doctor myself so that I can show him exactly where my back hurts and my neck too.

Thank you's A. Velez #225611
South 5-15 Cell

*continue on back if necessary*

**Previous action taken:**

*continue on back if necessary*

Acted on by (print name): **Ventrella RN**　　　Title: **CHN**

You are scheduled to see the MD later in the month.

*continue on back if necessary*

Staff signature: *Jane Ventrella, BSN, RN*　　　Date: **7/6/17**







# Inmate Request Form    *Exhibit E*

## Connecticut Department of Correction

CN 9601
REV 1/31/09

*IF YOU DO NOT WRITE YOUR NAME, INMATE#, BLOCK AND
CELL# YOU WILL NOT GET A RESPONSE BACK.

Inmate name: Alejandro Velez

Inmate number: 225611

Facility/Unit: Cheshire C.I.

Housing unit: SB5-25    Date: 8-12-17

Submitted to: Medical Dept.

Request: I would please like to know "when am I going to be seen by the Doctor?" I wrote several request in June & July, and I was told that I will be seen at the end of the month of July. Its already August and we are two weeks in and I still have not seen the Doctor. I really need to see him for my continued neck and back pains, especially now that the 600 mg of Ibuprofens I am not getting. Thanks: Velez #225611 South S-25 Cell

continue on back if necessary

Previous action taken:

AUG 14 2017

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

8/14/17 You are scheduled to see the prescriber.

continue on back if necessary

Staff signature:

Date:





# Inmate Request Form
### Connecticut Department of Correction
*Exhibit E*

CN 9601
REV 1/31/09

**\*IF YOU DO NOT WRITE YOUR NAME, INMATE#, BLOCK AND CELL# YOU WILL NOT GET A RESPONSE BACK.**

Inmate name: *Alejandro Velez*          Inmate number: *225611*

Facility/Unit: *Cheshire C.I*      Housing unit: *SBS-25*    Date: *8-16-17*

Submitted to: *Medical*

Request: I would like to know "If I can get either Ibuprofens or something else for my continued neck and back pains? I was getting 600 mg of ibuprofens but for some unknown reason I am Not getting them anymore. please either see me or if you can put me back on the 600 mg of ibuprofens.

Thank You, A. Velez #225611
South-5 25 Cell

continue on back if necessary

Previous action taken:

RECEIVED

continue on back if necessary

Acted on by (print name):                          Title:

Action taken and/or response:

YOU WERE SEEN BY A NURSE ON 8/23/17

JAKE RN

continue on back if necessary

Staff signature:                                    Date:




# Inmate Request Form
## Connecticut Department of Correction

*Exhibit E*

CN 9601
REV 1/31/09

**\*IF YOU DO NOT WRITE YOUR NAME, INMATE#, BLOCK AND CELL# YOU WILL NOT GET A RESPONSE BACK.**

Inmate name: H. Velez

Inmate number: 225611

Facility/Unit: Cheshire C.I

Housing unit: SB5-25

Date: 9-18-17

Submitted to: Medical Dept.

Request: Since I'm not going to see the Medical Doctor any time soon can you please talk to him and see if he can prescribe me something other than ibuprofens for my continued back pains? This is really bad. I'm having a sharp pain sensation going down to my butt. It even sometimes go down to my back thigh. please this is really bothering and hurting

Thank you, H. Velez # 225611

South 5 25 Cell

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): Ventrella RN

Title: CHN

Action taken and/or response:

assessed
placed on MD list
Clotrimazole 150 w/ instructions

RECEIVED
SEP 18 2017

*continue on back if necessary*

Staff signature: Jane Ventrella, LPN, RN
housing

Date: 9/18/17




Inmate Request Form

**Connecticut Department of Correction**   Exhibit E   CN 9601
REV 1/31/09

No name, No inmate number, No housing unit/cell
number = no response.

Inmate name: Alejandro Velez   Inmate number: 225611

Facility/Unit: **Cheshire CI**   Housing unit: RHU-24   Date: 10-3-17

Submitted to: Medical Dept.

Request: I would please like to be seen. My back
is hurting like hell. I keep getting a
sharp pain then a tingling sensation
that goes down the back of my legs.
I also sometimes have problems
getting out of bed just to get my
food. Please see me A.S.A.P. I
don't know how long I am going to
be down here either.
Thanks: A Velez #225611
EB1-24 cell

Previous action taken:

*continue on back if necessary*

Acted on by (print name):   Title:

Seen 10/5/17

*continue on back if necessary*

Staff signature:   Date:

INMATE REQUEST

Request for:
(Check the Box and Fill in Name)

- [ ] Warden
- [ ] Deputy Warden
- [ ] Counselor Supervisor
- [ ] Captain
- [ ] Unit Manager
- [ ] Lieutenant
- [ ] Counselor
- [ ] CTO
- [ ] Addiction Services
- [ ] Programming
- [x] Medical/Dental
- [ ] Property/Operations
- [ ] Parole
- [ ] Phone Room
- [ ] School
- [ ] School Principal
- [ ] Teacher/ Vocational Instructor
- [ ] Other

INMATE REQUEST